# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| KATRINA L. EVANS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:19-cv-00456-P-BP |
| § | |
| ANDREW M. SAUL, § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 21. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. Having reviewed the findings, conclusions, and recommendation for plain error and finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Defendant's Motion, ECF No. 20, is **GRANTED**, the Administrative Law Judge's decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further administrative action.

**SO ORDERED** on this **2nd day of January, 2020**.

*Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE